## United States Bankruptcy Court
## Central District of California

3420 Twelfth Street, Riverside, CA 92501−3819

# ORDER AND NOTICE OF DISMISSAL
# ARISING FROM CHAPTER 13 CONFIRMATION HEARING

**DEBTOR INFORMATION:**
Maurice A. Calderon

**BANKRUPTCY NO.**  6:18−bk−20076−SY

**CHAPTER**  13

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):  xxx−xx−7828
Employer Tax−Identification (EIN) No(s).(if any):  N/A
**Debtor Dismissal Date:** 3/27/19

**Address:**
2326 Turquoise Cir.
Chino Hills, CA 91709

Pursuant to the court's findings and conclusions made at the confirmation hearing in this case,
IT IS ORDERED THAT:

(1)  debtor's bankruptcy case is dismissed; and

(2)  the court retain jurisdiction on all issues involving sanctions, any bar against being a debtor in bankruptcy, all issues arising under Bankruptcy Code §§ 105, 109(g), 110, 329, 349, and 362, and to any additional extent provided by law.

Dated: March 27, 2019

BY THE COURT,

**Kathleen J. Campbell**
Clerk of Court

Form van150−od13a Rev. 06/2017

**25 / CJ**